Wednesday, September 11, 2013

No. 13–0570/AF. U.S. v. Steven A. Danylo. CCA 37916. Review granted on the following issues:

I. WHETHER THE MILITARY JUDGE ERRED WHEN HE ONLY CONSIDERED THE PERIOD OF TIME FOR APPELLANT'S ARTICLE 62 APPEAL FOR THE PURPOSES OF APPELLANT'S SPEEDY TRIAL MOTION.

II. WHETHER APPELLANT WAS DENIED HIS SIXTH AMENDMENT RIGHT TO SPEEDY TRIAL WHEN HIS COURT–MARTIAL OCCURRED 350 DAYS AFTER HE WAS PLACED IN PRETRIAL CONFINEMENT.

Briefs will be filed under Rule 25.

No. 13–0492/AF. U.S. v. Taylor T. Stickney. CCA S32106.

On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, and Appellant's motion for leave to file a supplemental issue, it is ordered that said motion is granted, and that said petition is hereby granted on the following issue:

WHETHER THE AIR FORCE COURT'S DECISION MUST BE SET ASIDE BECAUSE ONE OF THE JUDGES WHO PARTICIPATED IN THE DECISION OF APPELLANT'S CASE WAS UNCONSTITUTIONALLY APPOINTED.

In light of *Ryder v. United States*, 515 U.S. 177 (1995) and *United States v. Carpenter*, 37 M.J. 291 (C.M.A. 1993), *vacated*, 515 U.S. 1138 (1995), the decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for further review under Article 66, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 866 (2006),